1  ROBERT A. DOLINKO, State Bar No. 076256
   CHRIS BAKER, State Bar No. 181667
2  DEBORAH SCHWARTZ, State Bar No. 208934
   THELEN REID & PRIEST LLP
3  101 Second Street, Suite 1800
4  San Francisco, California 94105
   Telephone: (415) 371-1200
5
   Attorneys for Defendant
6  THOMSON FINANCIAL INC.

7  ROBERT P. BIEGLER, State Bar No. 88506
   BIEGLER ORTIZ & CHAN
8  1107 Ninth Street, Suite 1025          **DATES OK/HAV**
   Sacramento, California 95814
9  Telephone: (916) 444-3971

10 Attorney for Plaintiff
   ANDREW CARELTON
11

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15
   GAYDA AIRTH                          | Case Nos:  CIV S-04-2536 DFL GGH
16
   PATRICIA MALONE KEANE                |            CIV S-04-2537 DFL GGH
17
   JACK STEVENSON                       |            CIV S-04-2538 DFL GGH
18
   ANDREW CARELTON                      |            CIV S-04-2539 DFL GGH
19
20              Plaintiff,              | **STIPULATION AND [PROPOSED]
                                        | ORDER RE TRIAL CONTINUANCE
21         vs.                          | AND CONSOLIDATION OF CASES FOR
                                        | TRIAL**
22 THOMPSON FINANCIAL CO., INC., THE
   THOMPSON CORPORATION, a
23 Corporation, and DOES 1-5, inclusive,
24              Defendants.
25 .

26       The parties to the above-entitled actions have met and conferred and hereby jointly submit

27 the following Stipulation and Order.

28       WHEREAS the parties intend to mediate these four cases in an effort to resolve them;

SF #922932                               -1-

1    WHEREAS a mediation was last scheduled to take place on March 30th, 2006, but was
2 canceled due to the unavailability of one plaintiff and then the mediator;
3    WHEREAS, due to the schedule of the various parties, their counsel, and the mediator, a
4 further mediation cannot be held until May 2006 at the earliest;
5    WHEREAS, the final pre-trial conference in this case is currently scheduled for May 10,
6 2006 and trial is scheduled for June 26, 2006;
7    WHEREAS, it would not serve the interests of the Court or the parties to proceed with a
8 pre-trial conference and trial prior to a meaningful mediation and possible settlement of the action;
9    WHEREAS, the parties have contacted the Court and obtained alternative dates for a pre-
10 trial conference and trial in this matter; and
11    WHEREAS, the parties have considered the matter and concluded that consolidating the
12 four above-referenced cases for trial best serves judical economy;
13    NOW, THEREFORE, the parties stipulate as follows:
14    1.    The above-captioned cases shall be consolidated for purposes of trial;
15    2.    The final pre-trial conference in the above-referenced cases shall be continued to
16 2:00 p.m. on July 28, 2006; seven days prior to the pre-trial conference, the parties shall submit a
17 joint pre-trial statement and otherwise comply with Court's March 28, 2005 Status Order
18 concerning the Final Pre-Trial Conference; and
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #922932                                              -2-
STIPULATION AND [PROPOSED] ORDER RE TRIAL CONTINUANCE AND CONSOLIDATION OF CASES
FOR TRIAL

3. The trial in the above-referenced cases shall be continued until September 11, 2006 starting at 9:00 a.m.

It is so stipulated.

Dated: March 28, 2006

THELEN REID & PRIEST LLP


By  /s/  Robert A. Dolinko
Robert A. Dolinko
Attorneys for Defendant
THOMSON FINANCIAL INC.

Dated: March 28, 2006

BIEGLER ORTIZ & CHAN


By  /s/  Robert P. Biegler
Robert P. Biegler
Attorneys for Plaintiffs

**ORDER**

The Court, having considered the parties' Stipulation and Proposed Order and the other pleadings on file in these cases, orders as follows:

1. The above-captioned cases are consolidated for trial;

2. The pre-trial conference is continued until July 28, 2006, starting at 2:00 p.m.

3. The trial is continued until September 11, 2006, starting at 9:00 a.m.

Dated: 3/31/2006

_____
DAVID F. LEVI
United States District Judge