1  ROBERT P. BIEGLER, State Bar No. 88506
   BIEGLER, ORTIZ & CHAN LLP
2  1107 9th Street, Suite 1025
   Sacramento, CA   95814
3  Telephone: (916) 444-3971
   Facsimile:  (916) 444-3975
4
   Attorneys for Plaintiff
5  ANDREW CARLETON

6
   ROBERT A. DOLINKO, State Bar No. 076256
7  CHRIS BAKER, State Bar No. 181557
   DEBORAH R. SCHWARTZ, State Bar No. 208934
8  THELEN REID & PRIEST LLP
   101 Second Street, Suite 1800
9  San Francisco, California 94105
   Telephone:  (415) 371-1200
10
   Attorneys for Defendant
11 THOMSON FINANCIAL INC.

12
                  UNITED STATES DISTRICT COURT
13
                  EASTERN DISTRICT OF CALIFORNIA
14

15

| ANDREW CARELTON, | No.: CIV S-04-2539 DFL GGH |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| THOMSON FINANCIAL CO., INC., THE THOMSON CORPORATION, a Corporation, and DOES 1-5, inclusive, | |
| Defendants. | |

       IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto,

through their undersigned counsel, that this action is dismissed with prejudice; each party shall

bear its or his own costs and attorneys fees; and

///

///

///

THELEN REID
& PRIEST LLP

SF #1077095 v1                          -1-
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS FURTHER STIPULATED AND AGREED that the Court will retain jurisdiction only to enforce the terms of the parties' settlement should that become necessary.

Dated: July 10, 2006

THELEN REID & PRIEST LLP

By /s/ Robert A. Dolinko, Esquire
Robert A. Dolinko
Deborah R. Schwartz
Attorneys for Defendant
THOMSON FINANCIAL INC.

Dated: July 10, 2006

BIEGLER ORTIZ & CHAN LLP

By /s/ Robert P. Biegler, Esquire
Robert P. Biegler
Attorneys for Plaintiff
ANDREW CARLETON

**ORDER**

Based on the above stipulation,

**IT IS SO ORDERED**.

Dated: July 18, 2006           /s/ David F. Levi
                               United States District Judge

THELEN REID
& PRIEST LLP     SF #1077095 v1                    -2-
                         STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE